UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DONALD CLARK,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:17-cv-2637 AC P<br><br><br><br>ORDER |

By order filed March 5, 2019, plaintiff was ordered to file a completed in forma pauperis application and cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 5. The thirty-day period has now expired, and plaintiff has not submitted an application or otherwise responded to the court's order. He will be given one final opportunity to comply.

Accordingly, IT IS HEREBY ORDERED that within thirty days of service of this order, plaintiff shall submit an application in support of his request to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: April 18, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE